IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

KEVIN MELTON                                                                                       PETITIONER
REG. #19151-076

V.                                            NO.  2:05CV00082 GH

LINDA SANDERS, Warden,                                                                RESPONDENT
FCI, Forrest City, AR

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered granting Petitioner's 28 U.S.C. § 2241 petition for writ of habeas corpus and directing Respondent to:  (a) consider, within twenty days and in good faith, transferring Petitioner to a community corrections center for the last six months of his sentence in accordance with the factors taken into account by the Bureau of Prisons prior to its adoption of the December 2002 Policy; and (b) place Petitioner in conditions that will afford him a reasonable opportunity to adjust to and prepare for his reentry into the community during a reasonable part of the last ten percent of his term, to the extent practicable, not to exceed six months.

IT IS SO ORDERED this 31st day of October, 2005.

_____
UNITED STATES DISTRICT JUDGE